IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )          8:00CR212
                                 )
        v.                       )
                                 )
PABLO STALLINGS,                 )        ORDER AND JUDGMENT
                                 )
                Defendant.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion under 28 U.S.C. § 2241 and 28 U.S.C. § 2255 (Filing No. 166), and the motion for leave to proceed *in forma pauperis* (Filing No. 167) are denied without prejudice.

DATED this 18th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court