IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR212 |
| | ) | |
| v. | ) | |
| | ) | |
| PABLO STALLINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to proceed *in forma pauperis* from the Court's memorandum opinion, and order and judgment of January 18, 2006 (Filing Nos. 169 and 170), which denied his motion pursuant to 28 U.S.C. §§ 2241 and 2255. An order (Filing No. 173) denying defendant's motion for reconsideration (Filing No. 171) was entered on February 9, 2006.

Defendant's notice of appeal (Filing No. 184) was filed April 3, 2006, and is not timely filed. Defendant's motion for leave to proceed *in forma pauperis* will be denied as moot. Accordingly,

IT IS ORDERED defendant's motion to proceed *in forma pauperis* is denied as moot.

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court