IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:00CR212 |
| v. | ) | |
| PABLO STALLINGS, | ) | ORDER AND JUDGMENT |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's judicial notice motion (Filing No. 208) is granted.

2) Defendant's defective indictment motion (Filing No. 207) is denied.

3) Previous versions of the aforementioned motions (Filing Nos. 203 and 204) are denied as moot.

DATED this 17th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court