IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR212 |
| | ) | |
| v. | ) | |
| | ) | |
| PABLO STALLINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion (Filing No. 232), which was docketed as a motion to vacate under *Johnson v. United States,* 135 S.Ct. 2551 (2015). Also pending is a motion to withdraw as attorney (Filing No. 235) filed by David R. Stickman, Federal Public Defender.

Defendant was determined to be a career offender due to two prior drug trafficking convictions, and the *Johnson* decision does not apply to his case. Accordingly,

IT IS ORDERED:

1) Defendant's motion to vacate under *Johnson v. United States, supra,* is denied.

2) The motion to withdraw as attorney is granted. David R. Stickman and the Office of the Federal Public Defender

for the District of Nebraska are deemed withdrawn as counsel for defendant.

DATED this 7th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court