# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>PABLO STALLINGS,<br><br>                    Defendant. | 8:00CR212<br><br>ORDER |

This matter is before the Court on the Defendant's Unopposed Motion to Reduce Sentence, ECF No. 244, and the Stipulation of the parties, ECF No. 245, that the Defendant's sentence should be reduced to a term of 292 months imprisonment pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 2D1.1. The Court concludes that the Motion and Stipulation should be granted, and an Amended Judgment issued. Accordingly.

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Reduce Sentence, ECF No. 244, is granted;
2. The Stipulation of the parties, ECF No. 245, is granted;
3. The Defendant's sentence is reduced to a term of 292 months incarceration;
4. All other provisions in the Defendant's original Judgment and Commitment Order will remain; and
5. An Amended Judgment and Commitment Order will be issued.

Dated this 17th day of September, 2018.

                                        BY THE COURT:

                                        s/Laurie Smith Camp<br>
                                        Chief United States District Judge