# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:00CR212 |
| vs. | |
| PABLO STALLINGS, | JUDGMENT |
| Defendant. | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion to Reduce Sentence Under section 404 of the First Step Act, ECF No. 253, is denied.

Dated this 10th day of March, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge